UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARITA C. GALANIUS,<br><br>        Plaintiff,<br><br>   v.<br><br>WELLS FARGO BANK, N.A.,<br><br>        Defendant. | Case No. 16-cv-01227-JST<br><br>**MINUTE ORDER NOTING DISMISSAL**<br><br>Re: ECF No. 17 |

Plaintiff Margarita C. Galanius has filed a notice of dismissal dated April 25, 2016. ECF No. 17. Since the notice was filed before Defendant Wells Fargo Bank, N.A. served either an answer or motion for summary judgment, it is effective without court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

This case has been dismissed without prejudice. The Clerk shall close the file.

IT IS SO ORDERED.

Dated: April 25, 2016

_____
JON S. TIGAR
United States District Judge