UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARGARITA C. GALANIUS,

        Plaintiff,

     v.

WELLS FARGO BANK, N.A.,

        Defendant.

Case No.  16-cv-01227-JST

**MINUTE ORDER NOTING DISMISSAL**

Re: ECF No. 19

Plaintiff Margarita C. Galanius has filed a notice of dismissal dated April 25, 2016.[1]  ECF No. 19.  Since the notice was filed before Defendant Wells Fargo Bank, N.A. served either an answer or motion for summary judgment, it is effective without court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

This case has been dismissed with prejudice.  The Clerk shall close the file.

IT IS SO ORDERED.

Dated: April 25, 2016

_____
JON S. TIGAR
United States District Judge

---

[1] Plaintiff previously filed a notice of voluntary dismissal, noting that the dismissal was without prejudice.  See ECF No. 17.  Plaintiff then filed a corrected notice, stating that the dismissal was *with* prejudice.  See ECF No. 19.